

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     Christina Livingston v. Federal National Mortgage Association Fannie
                         Mae

Appellate case number:   01-15-00114-CV

Trial court case number:  1055552

Trial court:             County Civil Court at Law No. 4 of Harris County

Appellant's motion for rehearing is granted. We withdraw our opinion and judgment of September 15, 2015, reinstate the appeal on the active docket, and order appellant's brief filed.

Appellee's brief is due 30 days from the date of this order.


Judge's signature: /s/ Harvey Brown
                         ☒ Acting individually

Date: February 2, 2016